```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Isaiah Goodwin

    v.                                  Civil No. 11-cv-137-LM

General Electric Company
d/b/a GE Aircraft
Engines/GE Aviation

                      O R D E R

On today's date, a preliminary pretrial conference was held in this case. The following attorneys appeared: Attorney Darlene M. Daniele for the plaintiff and Attorney Laura A. Raisty for he defendant. Following a discussion with counsel about their areas of disagreement, the court approves the proposed Joint Discovery Plan (document no. 13) with the following amendments:

    **Discovery**: All fact discovery to be completed on or before April 2, 2012.

    **Summary Judgment**: Motions for summary judgment due on or before May 3, 2012.

    **Interrogatories**: A maximum of 35 interrogatories by each party to any other party. Responses due 30 days after service unless otherwise agreed to pursuant to Fed. R. Civ. P. 29.

    **Request for Admission**: A maximum of 35 requests for admission by each party to any other party. Responses due

```
    30 days after service unless otherwise agreed to pursuant
    to Fed. R. Civ. P. 29.
```

                                      _____
                                      Landya B. McCafferty
                                      United States Magistrate Judge

Date:  May 16, 2011

cc:   Darlene M. Daniele, Esq.
      Keith B. Muntyan, Esq.
      Laura A. Raisty, Esq.
      Jeffrey S. Siegel, Esq.